# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Multi-Appeal Lead No. 14-15712

MICHAEL AND JILL TRAPASSO, et al.,

Objectors - Appellants,

v.

BANK OF AMERICA, N.A., et al.,

Defendants - Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-22700-FAM
_____
_____

UNOPPOSED MOTION TO DISMISS APPEAL WITH PREJUDICE

Gregory N. Woods
Woods, Weidenmiller, Michetti & Rudnick, P.L.
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
Email:  gwoods@lawfirmnaples.com

*Counsel for Objectors-Appellants*
*Michael and Jill Trapasso*

1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, Objectors-Appellants Michael Trapasso and Jill Trapasso submit this Certificate of Interested Persons and Corporate Disclosure Statement.

Incorporated by reference are all other certificates of interested persons and corporate disclosure statements filed by other parties to this appeal.

The Trapassos disclose the following potentially interested parties and law firms:

1. Michael Trapasso
2. Jill Trapasso
3. Daniel Hall
4. Lanette Hall
5. Jeffrey Sanderson
6. Rayar Johnson
7. Dick Mayo
8. Owings Law Firm
9. Wagoner Law Firm, P.A.
10. Walker Law Firm PLLC
11. Cheryl Hall
12. Matthew Popkin

13. John Totura

14. John Vidrine

15. Joann Novell

16. Bank of America, N.A. (NYSE:   Symbol "BAC")

17. Balboa Insurance Company

18. QBE Insurance Group

19. HSBC Bank USA, NA (NYSE:  Symbol "HSBC/20M")

20. HSBC Mortgage Corporation

21. Kozyak Tropin & Throckmorton, PA

22. Giskan Solotaroff Anderson & Stewart

23. Axelrod & Dean, LLP

24. Harke Clasby & Bushman, LLP

25. Wagner Vaughn & McLaughlin, PA

26. Podhurst Orseck, PA

27. Anidjar & Levine, PA

28. Merlin Law Group, PA

29. Matthew Seth Sarelson, PA

30. Goodwin Procter, LLP

31. Mandel & Mandel, LLP

32. Buckley Sandler, LLP

33. Holland & Knight, LLP

34. Stroock and Stroock and Lavan LLP

35. Vedder Price

36. Dolan Law Firm

37. Squitieri & Fearon, LLP

38. Condon & Forsyth, LLP

39. Bandas Law Firm, PC

40. Walicer Law PLLC

41. Cueto Law Group

42. Woods, Weidenmiller, Michetti & Rudnick, P.L.

43. Hon. Frederico A. Moreno, United States District Judge

44. Hon. Barry L. Garber, Magistrate Judge

                                            /s/ Gregory N. Woods
                                                 Gregory N. Woods

Pursuant to FRAP 42(b), Objectors-Appellants Michael Trapasso and Jill Trapasso hereby move to dismiss their appeal (No. 14-15712) with prejudice. Each party shall bear its own costs. All Appellees consent to this motion.

WHEREFORE, Objectors-Appellants, Michael Trapasso and Jill Trapasso respectfully request that the Court enter an order dismissing their appeal with prejudice.

Dated: 6/22/15

Respectfully submitted,

/s/ Gregory N. Woods
Gregory N. Woods
Woods, Weidenmiller, Michetti & Rudnick, P.L.
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
Email: gwoods@lawfirmnaples.com

*Counsel for Objectors-Appellants*
*Michael and Jill Trapasso*

# CERTIFICATE OF SERVICE

I hereby certified that on June 22, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/EFC system and that as a result electronically notice of the filing was served upon all attorneys of record.

Dated: 6/22/15                    Respectfully submitted,

/s/ Gregory N. Woods
Gregory N. Woods
Woods, Weidenmiller, Michetti & Rudnick, P.L.
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
Email: gwoods@lawfirmnaples.com

*Counsel for Objectors-Appellants*
*Michael and Jill Trapasso*