No. 14-15712-E

## IN THE UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

DANIEL HALL AND LANETTE HALL,

                              Objectors-Appellants

v.

BANK OF AMERICA, N.A. et al.

                              Defendants-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:12-cv-22700-FAM

**APPELLANTS JEFFREY SANDERSON AND RAYAR JOHNSON'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

STEPHEN J. FEARON, JR.
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
(212) 421-6492
(212) 421-6553
stephen@sfclasslaw.com

*Attorneys for Appellants Jeffrey Sanderson and Rayar Johnson*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Fed. Rules of Appellant Procedure and 11th Circuit Rule 26.1-1, Jeffrey Sanderson and Rayar Johnson certify that the following listed persons and entities have an interest in the outcome of this case:

Judge Federico A. Moreno

BAC Home Loans Servicing, LP

Balboa Insurance Company

Banc of America Insurance Services, Inc.

Bank of America, N.A. (NYSE: Symbol "BAC")

Renata Circeo

Cheryl Hall

Daniel Hall

Lanette Hall

Jeffrey Sanderson

Rayar Johnson

John Loudon

Matthew Popkin

Andijar & Levine, PA

Merlin Law Group, PA

Woods Weidenmiller Michetti & Rudnick

John Totura

John Vidrine

Joan Novell

Cueto Law Group

Matthew Seth Sarelson, PA

Jill Trapasso

Michael Trapasso

Goodwin Procter, LLP

Buckley Sandler, LLP

Holland & Knight, LLP

Maria Lugo

Dick Mayo

Dolan Law Firm

Billy Ray Kidwell

Giskan Solotaroff Anderson & Stewart

Wagner Vaughan & McLaughlin, PA

Owings Law Firm

Bandas Law Firm, PC
(Bandas Law Firm, P.C. is a professional corporation of lawyers and organized under the laws of Texas)

Podhurst Orseck, PA

Walker Law PLLC

Harke Clasby & Bushman, LLP

Kozyak Tropin & Throckmorton, PA

QBE First Insurance Agency

QBE Insurance Corp. (QBE.AX)

Robyn C. Quattrone

Amanda M. Raines

William Newton Shepherd

William F. Merlin, Jr.

John Raymond Bevis

Hon. Barry L. Garber, Magistrate Judge

Michael Leland Addicott

Joshua M. Daniels

                                                      /s/ Stephen J. Fearon, Jr.
                                                           Stephen J. Fearon, Jr.
                                              Squitieri & Fearon, LLP
                                              32 East 57th Street
                                              12th Floor
                                              New York, New York 10022
                                              (212) 421-6492
                                              (212) 421-6553
                                              stephen@sfclasslaw.com

# APPELLANTS JEFFREY SANDERSON AND RAYAR JOHNSON'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to 11th Circuit Rule 42-1(a), Appellants Jeffrey Sanderson and Rayar Johnson hereby move to dismiss the above-captioned appeal. Counsel for the Appellants has conferred with counsel for Appellees, who have indicated that they do not oppose this Motion.

Dated:     June 22, 2015

Respectfully submitted,

By: /s/ Stephen J. Fearon, Jr.
      Stephen J. Fearon, Jr.
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
stephen@sfclasslaw.com

*Attorney for Appellants Sanderson and Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appellants Jeffrey Sanderson and Rayar Johnson's Unopposed Motion to Voluntarily Dismiss Appeal was filed via the ECF system on June 22, 2015, and that as a result electronic notice of the filing will be served upon all counsel of record.

/s/ Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.

*Attorney for Appellants Sanderson and Johnson*