No. 14-15712

IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

CHERYL HALL, et al., on behalf of
Themselves and all others similarly situated,

Objectors-Appellants,

v.

BANK OF AMERICA, N.A., individually and
Successors by merger to BAC HOME LOANS
SERVICING, et al.,

Defendants-Appellees.

On Appeal from the United States District Court
For the Southern District of Florida
No.1:12-cv-22700-FAM

## APPELLANT, DICK MAYO'S, UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

DOLAN LAW FIRM
DANIEL D. DOLAN, II
Florida Bar No: 0084913
Attorney for Objector/Appellant, Dick Mayo
2665 South Bayshore Drive
Suite 609
Miami, FL 33133
Tel: (305) 371-2692
Fax: (305) 371-2691

Pursuant to Eleventh Circuit Rules 26.1 of the Federal Rules of Appellate Procedure and 11th Circuit Rule 26.1-1, the undersigned counsel for Appellant, DICK MAYO, certifies that the following is a complete list of the persons and entities that have an interest in the outcome of this case:

## JUDGE

Federico A. Moreno

## PLAINTIFFS/APPELLANTS

Circeo, Renata

Hall, Cheryl

Loudon, John

Lugo, Maria

Soileau, Catherine

Totura, Jacquelyn

Totura, John

Vidrine, John

## ATTORNEYS AND LAW FIRMS REPRESENTING PLAINTIFFS/APPELLANTS

Addicott, Michael Leland

Addicott & Addicott

Anderson, Catherine E.

Andijar & Levine, P.A.

Axelrod, Robert J.

Bandas, Christopher A.

Bandas Law Firm, P.C.

Barnes, Roy E.

Barnes Law Group, LLC

Bevis, John Raymond

Bushman, Howard Mitchell

Conrad & Scherer, LLP

Engel, Sarah Clasby

Fortson, Mary Kestenbaum

Frevola, Albert J., Jr.

Giskan, Oren

Giskan, Solotaroff Anderson & Stewart, LLP

Golant, Jeffrey N.

Goodwin Procter, LLP

Gravante, John, III

Harke, Lance August

Harke Clasby & Bushman, LLP

Kopas, Ivan John

Kozyak Tropin & Throckmorton

Lifshitz, Tal J.

Mann, Angela

McLaughlin, Kevin Michael

Merlin, William F., Jr.

Moskowitz, Adam M.

Neary, Robert J.

Owings, Alexander Phillip

Owings, Steven A.

Owings Law Firm

Podhurst, Aaron Samuel

Podhurst Orseck, P.A.

Pomerantz, LLP

Prieto, Peter

Ronzetti, Thomas A. Tucker

Rosenthal, Stephen Frederick

Sarelson, Matthew S.

Saveri & Saveri, Inc.

Shaw, Sean Michael

Stack, Brian Joseph

Stack Fernandez Anderson & Harris, P.A.

Sullivan, Rachel

The Merlin Law Group

Tropin, Harley Shepard

Wagoner, Jack, III

Wagner Vaughan & McLaughlin, P.A.

Walker, T. Brent

Walker Law, PLC

Weinshall, Matthew

Whittemore, Jason Kyle

Wagner, Vaughan & McLaughlin, P.A.

Wagoner Law Firm, P.A.

Zirpoli, Cadio

## **DEFENDANTS**

Bank of America, N.A. (BAC)

BAC Home Loans Servicing, LP

Banc of America Insurance Services, Inc.

Balboa Insurance Company

BANA Holding Corporation

QBE First Insurance Agency (QBE)

## **ATTORNEYS AND LAW FIRMS REPRESENTING DEFENANT/APPELLANTS**

Aldrich, Katherine A.

Buckley Sandler, LLP

Daniels, Joshua M.

Englander, John C.

Goodwin Procter, LLP

Halliday, Katherine L.

Holland & Knight, LLP

Kantrowitz, David S.

Lindenbaum, Matthew G.

Mandel, David Scott

Mandel, Nina Stillman

Mandel & Mandel, LLP

Noriega, Camellia

Permut, David L.

Quattrone, Robyn C.

Raines, Amanda M.

Shepherd, William Newton

Toth, Brian W.

## APPELLANT, DICK MAYO'S, UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Eleventh Circuit Rule 42-1(a), Appellant, DICK MAYO, hereby moves to dismiss the above captioned appeal (Case No. 14-15712). Each party shall bear its own costs. The Appellees do not oppose this motion.

Respectfully submitted,

By: _____
DOLAN LAW FIRM
DANIEL D. DOLAN, II
Florida Bar No: 0084913
Attorney for Objector/Appellant, Dick Mayo
2665 South Bayshore Drive
Suite 609
Miami, FL 33133
T: (305) 371-2692
F: (305) 371-2691
E: ddd@dolan-law.com
E: assistant@dolan-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015 a true copy of the foregoing was filed electronically via CM/ECF with the United States Court of Appeals for the Eleventh Circuit. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: _____
Daniel D. Dolan, II.